No: 92–1766. BRICKNER *v.* VOINOVICH, GOVERNOR OF OHIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–1786. BLY *v.* MARYLAND. Ct. App. Md. Certiorari denied.

No. 92–1802. VERSYSS INC. *v.* COOPERS & LYBRAND ET AL. C. A. 1st Cir. Certiorari denied.

No. 92–1809. SYRE *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 92–6158. PAYTON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 92–6259. ADAMS *v.* EVATT, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–6401. HENDRIX *v.* OREGON. Sup. Ct. Ore. Certiorari denied.

No. 92–6609. BOYER *v.* DeCLUE ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–6702. PLOWMAN *v.* OREGON. Sup. Ct. Ore. Certiorari denied.

No. 92–6765. HUNT *v.* FELD. C. A. 6th Cir. Certiorari denied.

No. 92–7511. RESTREPO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–7680. JAIME QUINTANA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–7811. SAMUEL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–7928. BUTLER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–7930. ALLEN *v.* BUNNELL, WARDEN. C. A. 9th Cir. Certiorari denied.